CHARLES SHANKMAN, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued February 26, 1945; reargument ordered July 19, 1945.

*David C. Broderick* and *Charles S. Vaccaro* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Samuel A. Bloom* and *Joseph F. Mulqueen, Jr.* of counsel), for respondent.

Reargument ordered during third week of October, 1945 session.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.